Form oscmsdoc – oscmissdocv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–31483–ABA
Chapter: 11
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Edward J. Hovatter | Kimberly Macaluso Hovatter |
| dba Hovatter Law | 9 E. Aberdeen Road |
| 9 E. Aberdeen Road | Ocean City, NJ 08226 |
| Ocean City, NJ 08226 | |

Social Security No.:
xxx–xx–4778                                                  xxx–xx–5144

Employer's Tax I.D. No.:
82–3787255

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE
## DISMISSED FOR FAILURE TO FILE DOCUMENTS OR EXTEND TIME

The debtor filed a petition on November 14, 2019 but failed to file the following documents required by Fed. R. Bankr. P. 1007:

Missing Documents: Summary of Assets/Liabilities and Stat Info – Individuals, Declaration About An Individuals Schedule, Statement of Financial Affairs For Individuals, Atty Disclosure Statement, Statement of Your Current Monthly Income(122B), 20 Largest Unsecured Creditors, List of All Creditors, PDF of List of Creditors, Schedules A/B,C,D,E/F,G,H,I,J,

It is hereby ORDERED that:

The debtor or debtor's attorney must appear at a hearing before the Honorable Andrew B. Altenburg Jr. on:

Date: December 10, 2019
Time: 10:30 AM
Location: Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to show cause why the case should not be dismissed.

If **all** required documents are filed with the Clerk before the hearing date, this Order to Show Cause will be vacated and no appearance is required.

Any motion or other objection that is filed will be considered a Motion for Extension of Time to File Schedules, Statements, and Other Documents under Fed. R. Bankr. P. 1007(c), and will be scheduled by the court to be heard on the same date and time as this Order to Show Cause.

Unless all required documents are filed before the hearing date on this Order to Show Cause, you **must** appear at the hearing. FAILURE TO APPEAR AT THE HEARING WILL RESULT IN DISMISSAL OF THE CASE.

**IMPORTANT: Any document filed must be the most recent version of the applicable Official or Local Form. Please check www.njb.uscourts.gov to find updated forms.**

Dated: November 15, 2019
JAN: bed

Andrew B. Altenburg Jr.
United States Bankruptcy Judge