UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

SALDUTTI LAW GROUP
Rebecca K. McDowell, Esq.
800 Kings Highway North, Suite 300
Cherry Hill, NJ 08034
(856) 779-0300
(856) 779-3362 FAX
Attorney for Creditor Jersey Shore Federal Credit Union

| | |
|---|---|
| IN RE: | : CASE NUMBER: 19-31483-ABA |
| | : |
| EDWARD J. HOVATTER and | : |
| KIMBERLY MACALUSO HOVATTER, | : |
| | : CHAPTER 11 |
| Debtors. | : |
| | : |

## **ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned

enters an appearance in this case on behalf of Jersey Shore Federal Credit Union. Request is

made that the documents filed in this case and identified below be served on the undersigned at

this address:

Saldutti Law Group
Rebecca K. McDowell, Esq.
800 N. Kings Highway
Ste 300
Cherry Hill, New Jersey 08034
Email: rmcdowell@slgcollect.com


SALDUTTI LAW GROUP


*/s/ Rebecca K. McDowell*
REBECCA K. MCDOWELL, ESQ.

Dated: November 27, 2019