Form oresadoc – oresadocv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  19−31483−ABA
Chapter:  11
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Edward J. Hovatter                          Kimberly Macaluso Hovatter
dba Hovatter Law                            9 E. Aberdeen Road
9 E. Aberdeen Road                          Ocean City, NJ 08226
Ocean City, NJ 08226

Social Security No.:
xxx−xx−4778                                 xxx−xx−5144

Employer's Tax I.D. No.:
82−3787255

## ORDER RESPECTING
## AMENDMENT TO SCHEDULE D, E/F, G OR H
## OR LIST OF CREDITORS

The Court having noted that the debtor filed an Amendment to Schedule on N/A or to the List of Creditors on 11/28/2019 , and for good cause shown, it is

ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or party(ies) being deleted, added or modified and to the trustee in the case, if any, not later than 7 days after the date of this Order.

It is further ORDERED that the debtor(s) must serve on added creditors or parties, not later than 7 days after the date of this Order, the following:

1.    A copy of the applicable Notice of Chapter 11 Bankruptcy Case, and

2.    In a Chapter 11 case:

a)    a copy of the last modified plan and disclosure statement, if any, and

b)    a copy of any order approving the adequacy of the disclosure statement
and/or the scheduling of the plan for confirmation.

3.    In a Chapter 12 or Chapter 13 case:

a)    a copy of the Notice of Hearing on Confirmation of Plan, if any, and

b)    a copy of the last modified plan that has been filed in the case.

It is further ORDERED that not later than 7 days after the date of this Order, the debtor(s) must file the Local Form, Certification of Service, certifying compliance with the above requirements.

It is further ORDERED that the added creditors or parties have

1.    until the original deadline, if any, fixed by the court to file a complaint to object to
the debtor's discharge or dischargeability of certain debts, or sixty 60 days from the date of this Order, whichever is later;

2.    until the original deadline, if any, fixed by the Court to file a proof of claim or required supplement,

or sixty 60 days from the date of this Order, whichever is later;

3.    until the original deadline fixed by the Court to object to exemptions, or thirty 30 days from the date of this Order, whichever is later.

Dated: December 2, 2019
JAN: bed

<u>Andrew B. Altenburg Jr.</u>
United States Bankruptcy Judge