| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
|---|---|
| *Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>**Edmond M. George, Esquire**<br>**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**<br>**1120 Route 73, Suite 420**<br>**Mount Laurel, NJ 08054-5108**<br>**(856) 795-3300**<br>*Proposed counsel to the Debtors* | |
| In re:<br><br>EDWARD J. HOVATTER and KIMBERLY MACALUSO HOVATTER,<br><br>                    Debtors. | Case No. 19-31483-ABA<br><br>Chapter 11<br><br>Judge: Andrew B. Altenburg |

**Order Filed on December 6, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# ORDER AUTHORIZING RETENTION OF
# KELLER WILLIAMS REALTY

The relief set forth on the following pages is hereby **ORDERED.**

**DATED: December 6, 2019**

_____
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

4838-5077-1117

Upon the Applicants' request for authorization to retain <u>Keller Williams Realty as real estate broker</u>, it is hereby ORDERED:

1. The Applicants are authorized to retain the above party in the professional capacity noted.

    Address of Professional:   802 Tilton Road
    Suite #202
    Northfield, NJ 08225

2. Compensation will be a commission of 5% of the sale price of the Property. If Jersey Costal Realty group procures the buyer, this commission will be 4% of the sale price of the Property. This commission may be split with qualified buyer's brokers up to 50% minus $200.00.

3. The effective date of the retention is the date the Application was filed with the Court.