HARRY J. GIACOMETTI (HG2368)
FLASTER/GREENBERG P.C.
1810 Chapel Avenue West
Cherry Hill, NJ 08002-4609
(856) 661-1900
*Attorneys for Kenneth and Randi Friedman*

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| In Re: | Honorable Andrew B. Altenburg Jr. |
|---|---|
| EDWARD J. HOVATTER and KIMBERLY MACALUSO HOVATTER, <br><br> Debtors. | Chapter 11 <br><br> Case No. 19-31483-ABA <br><br> **REQUEST FOR SERVICE OF PAPERS, RECEIPT OF NOTICES AND INCLUSION ON NOTICE LIST** |

To the Clerk of the Bankruptcy Court, the Debtor, and all other Parties-In-Interest:

PLEASE TAKE NOTICE that the undersigned law firm represents Kenneth and Randi Friedman, creditors in the above-captioned Chapter 11 case. Pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure, we respectfully request that all notices given or required to be given in this case by the Court, the Debtor, the Trustee and/or any other party to this case, be given to the undersigned at the address and telephone number set forth below. This request includes all orders, notices, copies of motions, applications, petitions, pleading, requests, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph, telex or otherwise:

Harry J. Giacometti, Esquire
Flaster/Greenberg P.C.
Commerce Center
1810 Chapel Avenue West
Cherry Hill, NJ 08002-4609
(856) 661-1900
(856) 661-1919 (Fax)
Harry.giacometti@flastergreenberg.com

                    FLASTER/GREENBERG P.C.

                    By:  /s/ Harry J. Giacometti
Dated: December 9, 2019              HARRY J. GIACOMETTI, ESQUIRE

7518711 v1