**GOLDENBERG, MACKLER, SAYEGH, MINTZ,**
**PFEFFER, BONCHI & GILL**
*A Professional Corporation*
660 New Road, Suite No. 1-A
Northfield, New Jersey 08225
(609) 646-0222   FAX (609) 646-0887
Attorneys for 360 Capital, L.L.C. (63773-2)


**BY:**     /s/ Keith A. Bonchi
        *KEITH A. BONCHI, ESQ. (KAB3664)*

---

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

---

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| **EDWARD J. HOVATTER and** | : | CASE NO.  19-31483 |
| **KIMBERLY MACALUSO HOVATTER** | : | |
| | : | |
| *Debtor* | : | JUDGE:  ANDREW B. ALTENBURG, JR. |

---

**Notice of Appearance and Request for All Notices, Plans**
**and Disclosure Statements**

---

        360 Capital, L.L.C. hereby enters its appearance in this case, and Keith A. Bonchi,

Esquire enters his appearance as attorney for360 Capital, L.L.C.

        As directed by Federal Rules of Bankruptcy Procedure 9010(b), the attorney's name,

office address, telephone number and FAX number are as follows:

        **Keith A. Bonchi, Esquire**
        **Goldenberg, Mackler, Sayegh, Mintz,**
        **Pfeffer, Bonchi & Gill**
        **660 New Road, First Floor**
        **Northfield, NJ  08225**
        **Phone:  (609) 646-0222**
        **Fax:     (609) 646-0887**

360 Capital, L.L.C. hereby requests that copies of all notices required by the Federal

Rules of Bankruptcy Procedure, including notices under Rule 2002(i), be given to it by service

upon its attorneys at the address shown above and to it at the following address:

**360 Capital, L.L.C.**
**c/o John Costello**
**1003 Shore Road**
**Linwood, NJ 08221**

360 Capital, L.L.C. pursuant to Federal Rules of Bankruptcy Procedure 3017(a), further

requests that copies of all plans and disclosure statements filed herein by any party be served

upon it and its attorneys at the address indicated above.

**GOLDENBERG, MACKLER, SAYEGH, MINTZ,**
**PFEFFER, BONCHI & GILL**
Attorneys for 360 Capital, L.L.C.


  /s/ Keith A. Bonchi_____
KEITH A. BONCHI, ESQUIRE (KAB3664)


DATED:  December __12__, 2019