UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Richard M. Berman, Esq.
STEVENS & LEE
A PA Professional Corporation
1818 Market St., 29th Floor
Philadelphia, PA 19103
rmb@stevenslee.com
(215) 751-2872
Attorneys for Republic First Bank dba Republic Bank

In Re:
EDWARD HOVATTER DBA HOVATTER LAW
and KIMBERLY MACALUSO HOVATTER,
Debtors

Case No.: ___13-31483-ABA___
Chapter: _____11_____
Judge: __Andrew B. Altenburg__

# NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of _____Republic Bank_____. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:
Richard M. Berman, Esq.
Stevens & Lee
A PA Professional Corporation
1818 Market St., 29 Floor
Philadelphia, PA 19103

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: December 23, 2019                    Richard M. Berman
                                           Signature

*new.8/1/15*