| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**HILL WALLACK LLP**<br>Mark A. Roney, Esq.<br>21 Roszel Road<br>P.O. Box 5226<br>Princeton, NJ 08543<br>Phone: 609-924-0808<br>Email: mroney@hillwallack.com<br>*Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee for Deephaven Residential Mortgage Trust 2019-2* | |
| In Re:<br><br>Edward J. Hovatter dba Hovatter Law<br>and<br>Kimberly Macaluso Hovatter<br><br>Debtors. | Case No.: 19-31483 (ABA)<br><br>Chapter: 11<br><br>Judge: Andrew B. Altenburg, Jr., U.S.B.J. |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee for Deephaven Residential Mortgage Trust 2019-2. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

    ADDRESS:    Elizabeth K. Holdren, Esq.
                        Hill Wallack, LLP
                        21 Roszel Road
                        P.O. Box 5226
                        Princeton, NJ 08543

    DOCUMENTS:

        ☑ All notices entered pursuant to Fed. R. Bankr. P. 2002.

        ☑ All documents and pleadings of any nature.

DATED: January 6, 2020                                  HILL WALLACK, LLP

                                                        By: */s/ Mark A. Roney*
                                                             Mark A. Roney