UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:  :
Edward J. Hovatter and Kimberly Macaluso Hovatter  :  CASE NO.: 19-31483-ABA
:
:  CHAPTER: 11
:
DEBTOR  :  JUDGE: Andrew B. Altenburg

**CERTIFICATION OF NO OBJECTION**

**REGARDING** Debtors' Motion for Relief from the Automatic Stay

**DOCUMENT NO.** 40

The undersigned hereby certifies that, as of March 2, 2020, Turner N. Falk, Esq. has received no answer, objection or other responsive pleading to Debtors' Motion for Relief from the Automatic Stay, document no. 40 filed on February 6, 2020. The undersigned further certifies that I have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Debtors' Motion for Relief from the Automatic Stay appears thereon. Pursuant to Notice of Debtors' Motion for Relief from the Automatic Stay, objections to the Debtors' Motion for Relief from the Automatic Stay were to be filed and served no later than February 26, 2020.

It is hereby respectfully requested that the Order attached to the Debtors' Motion for Relief from the Automatic Stay be entered at the earliest convenience of the Court.

Dated: March 2, 2020

Law Firm Obermayer Rebmann Maxwell & Hippel LLP

Counsel to Edward J. Hovatter and Kimberly Macaluso Hovatter

By: Turner N. Falk, Esq.