Form 195 – ntchrgdsclstat

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−31483−ABA
Chapter: 11
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Edward J. Hovatter | Kimberly Macaluso Hovatter |
| dba Hovatter Law | 9 E. Aberdeen Road |
| 9 E. Aberdeen Road | Ocean City, NJ 08226 |
| Ocean City, NJ 08226 | |

Social Security No.:
   xxx−xx−4778                                                    xxx−xx−5144

Employer's Tax I.D. No.:
   82−3787255

**NOTICE OF HEARING ON DISCLOSURE STATEMENT**

   A Disclosure Statement was filed by Edward J. and Kimberly Macaluso Hovatter on March 11, 2020 , pursuant to Fed. R. Bankr. P. 3016.

   The Court shall conduct a hearing as to the adequacy of such statement before Honorable Andrew B. Altenburg Jr. on :

Date:                April 9, 2020
Time:                   10:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

   Copies of the Disclosure Statement have been provided to the United States Trustee, the attorney and Chairman of the Creditors Committee, if any, the Trustee, if any, and the Securities and Exchange Commission. A copy is also on file with the Clerk of the United States Bankruptcy Court and may be reviewed during regular business hours.

   Objections to the Disclosure Statement shall be in writing and filed with the Clerk of the Bankruptcy Court and served upon the attorney and the Chairman of the Creditors Committee, if any, no later than 14 days before the date of the hearing scheduled above.

   To request copies of the Disclosure Statement, contact the proponent of the Disclosure Statement at:

Edmond M. George, Esq.
Obermayer Rebmann Maxwell & Hippel
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
215−665−3140


Dated: March 12, 2020
JAN: bed

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                            Case No. 19-31483-ABA
Edward J. Hovatter                                                                                Chapter 11
Kimberly Macaluso Hovatter
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin               Page 1 of 3             Date Rcvd: Mar 12, 2020
                              Form ID: 195              Total Noticed: 66

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2020.

```
db/jdb         +Edward J. Hovatter,    Kimberly Macaluso Hovatter,    9 E. Aberdeen Road,
                 Ocean City, NJ 08226-4701
aty            +Edmond M. George,    Obermayer Rebmann Maxwell &Hippel LLP,    1120 Route 73,    Suite 420,
                 Mount Laurel, NJ 08054-5109
aty            +Melissa Licker,    McCalla Raymer Leibert Pierce, LLC,    485F US Highway 1 S,    Suite 300,
                 Iselin, NJ 08830-3072
cr             +360 Capital, L.L.C.,    c/o JOhn Costello,    1003 Shore Road,    Linwood, NJ 08221-2440
cr             +Fay Servicing, LLC,    c/o Melissa Licker,    McCalla Raymer Leibert Pierce, LLC.,
                 485F US Highway 1 S, Suite 300,    Iselin, NJ 08830-3072
cr            #+Gary Levi,    c/o Jeffrey Kurtzman,    Kurtzman Steady, LLC,    38 N. Haddon Avenue,
                 Haddonfield, NJ 08033-2422
cr             +JERSEY SHORE FEDERAL CREDIT UNION,    c/o Saldutti Law Group,
                 800 North Kings Highway Suite 300,    Cherry Hill, NJ 08034-1511
r              +Keller Williams Realty Atlantic Shore,    802 Tilton Road,    Northfield, NJ 08225-1233
cr             +Kenneth & Randi Friedman,    836 Matlock Drive,    Moorestown, NJ 08057-1442
acc            +Miller Coffey Tate LLP,    1628 John F. Kennedy Boulevard,    8 Penn Center, Suite 950,
                 Philadelphia, PA 19103-2110
cr             +Republic First Bank,    50 S. 16th Street,    Suite 2400,    Philadelphia, PA 19102-2526
518570817      +360 Capital LLC,    1003 Shore Road,    Linwood, NJ 08221-2440
518598193      +Albert Casalnova/Keller Williams Realty,    802 Tilton Road Ste 202,    Northfield, NJ 08225-1200
518570818      +American Express,    PO Box 650448,    Dallas, TX 75265-0448
518615112       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
518570819       Apex Asset Management,    PO Box 5407,    Lancaster, PA 17606-5407
518570821      +Benderson LLP,    347 Mount Pleasant Avenue,    West Orange, NJ 07052-2744
518570822       Best Buy Credit Services,    PO Box 9001007,    Louisville, KY 40290-1007
518570823      +C.O.S. Construction LLC,    5 Cobbler Court,    Sewell, NJ 08080-3539
518625191     ++CITIZENS BANK N A,    ATTN BANKRUPTCY TEAM,    ONE CITIZENS BANK WAY,    JCA115,
                 JOHNSTON RI 02919-1922
               (address filed with court: Citizens Bank N.A.,    One Citizens Bank Way,    JCA115,
                 Johnston, Rhode Island 02919)
518672572      +Charles N. Persing, as Receiver of Hovatter Friedm,    347 Mount Pleasant Avenue,
                 West Orange, NJ 07052-2744
518601567      +Charles Persing, CPA,    347 Mount Pleasant Avenue,    West Orange, NJ 07052-2744
518570824      +Citizens Bank NA,    One Citizens Plaza,    Providence, RI 02903-1339
518570828      +Costal Pools,    501 W. Patcong Avenue,    Linwood, NJ 08221-1118
518570829      +Gary W. Levi,    5 Penny Lane,    Medford, NJ 08055-3477
518601568      +Holly Smith-Miller,    1628 John F. Kennedy Boulevard,    Suite 1901,
                 Philadelphia, PA 19103-2113
518570830       Hovatter Friedman Saputelli & Levi LLP,    3221 NJ-38 #300,    Mount Laurel, NJ 08054
518601569      +Inch x Inch Construction LLC,    413 Teal Court,    Moorestown, NJ 08057-4300
518601570      +Jeff Cohen,    Flaster/Greenberg,    1835 Market St. Suite 1050,    Philadelphia, PA 19103-2913
518601571      +Jeffrey Kurtzman,    Kurtzman Steady,    401 S. 2nd Street, Suite 200,
                 Philadelphia, PA 19147-1612
518601572      +Jeffrey Sponder,,    One Newark Center,    Office of the US Trustee,    Newark, NJ 07102-5277
518605473      +Jersey Shore Federal Credit Union,    c/o Saldutti Law Group,    800 Kings Highway N., Suite 300,
                 Cherry Hill, NJ 08034-1511
518570833      +Kenneth and Randi Friedman,    836 Matlack Drive,    Moorestown, NJ 08057-1442
518570834       Lourdes Cardiology Services,    PO Box 824699,    Philadelphia, PA 19182-4699
518570835      +Madison Ventures LLC,    413 Teal Court,    Moorestown, NJ 08057-4300
518570836      +Marc and Lisa Stofman,    4 Polo Court,    Cherry Hill, NJ 08003-5164
518570837      +Needleman Management,    1060 North Kings Highway, Suite 250,    Cherry Hill, NJ 08034-1910
518570838      +Networks Plus,    504 Rt. 130 Suite 110,    Cinnaminson, NJ 08077-3370
518570839       New Jersey American Water,    PO Box 371331,    Pittsburgh, PA 15250-7331
518570840      +New Jersey Urology LLC,    1515 Broad Street, Suite B130,    Bloomfield, NJ 07003-3085
518674356       NewRez LLC d/b/a Shellpoint Mortgage Servicing,    P.O. Box 10826,    Greenville, S.C. 29603-0826
518570842      +Optimum Outcome,    PO Box 660943,    Dallas, TX 75266-0943
518601573      +Paul DiFiori,    413 Teal Court,    Moorestown, NJ 08057-4300
518601574      +Rebecca McDowell, Esq.,    Saldutti Law Group,    800 N. Kings Highway Suite 300,
                 Cherry Hill, NJ 08034-1511
518570843      +Republic Bank,    50 South 16th Street,    Suite #2400,    Philadelphia, PA 19102-2526
518632904      +Republic First Bank dba Republic Bank,    Two Liberty Place,    50 South 16th St., Suite 2400,
                 Philadelphia, PA 19102-2526
518661715     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Division of Taxation,    PO BOX 245-Bankruptcy,
                 Trenton, NJ 08695-0272)
518570844       Shellpoint Mortgage Servicing,    PO Box 619063,    Dallas, TX 75261-9063
518570845      +Sounth Jersey Gas,    PO Box 557,    Hammonton, NJ 08037-0557
518570847       State of New Jersey,    NJ Division of Taxation,    Revenue Processing Center,    PO Box 643,
                 Trenton, NJ 08646-0643
518674034      +TD Bank, N.A.,    c/o Schiller Knapp Lefkowitz,    & Hertzel LLP,    950 New Loudon Road,
                 Latham New York 12110-2100
```

```
District/off: 0312-1          User: admin              Page 2 of 3              Date Rcvd: Mar 12, 2020
                              Form ID: 195             Total Noticed: 66


518601576       +Thomas Bielli,   Bielli & Klauder,   1500 Walnut Street Suite 900,
                  Philadelphia, PA 19102-3518
518570849       +Town of Hammonton,   100 Central Avenue,   Hammonton, NJ 08037-1676

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 13 2020 00:59:36      Dist Dir of IRS,
                  Insolvency Function,   PO Box 724,   Springfield, NJ  07081-0724
smg              E-mail/Text: usanj.njbankr@usdoj.gov Mar 13 2020 01:00:20      U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 13 2020 01:00:16      United States Trustee,
                  Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
518570820        E-mail/Text: bankruptcy@pepcoholdings.com Mar 13 2020 00:59:43      Atlantic City Electric,
                  PO Box 17006,   Wilmington, DE 19850-7006
518625191        E-mail/Text: Bankruptcy.RI@Citizensbank.com Mar 13 2020 00:59:10      Citizens Bank N.A.,
                  One Citizens Bank Way,   JCA115,   Johnston, Rhode Island 02919
518570825       +E-mail/Text: documentfiling@lciinc.com Mar 13 2020 00:58:53      Comcast,   1 Comcast Center,
                  Philadelphia, PA 19103-2899
518570826        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 13 2020 00:59:58      Comenity Bank,
                  PO Box 182273,   Columbus, OH 43218-2273
518570827       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 13 2020 00:59:58      Comenity Capital Bank,
                  PO Box 183003,   Columbus, OH 43218-3003
518570832        E-mail/Text: assetrecovery@jerseyshorefcu.org Mar 13 2020 00:59:07
                  Jersey Shore Federal Credit Union,   1434 New Road,   Northfield, NJ 08225
518570841        E-mail/Text: bnc@nordstrom.com Mar 13 2020 00:59:27      Nordstrom,   PO Box 79139,
                  Phoenix, AZ 85062-9139
518696351        E-mail/Text: bnc-quantum@quantum3group.com Mar 13 2020 01:00:08
                  Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
518696352        E-mail/Text: bnc-quantum@quantum3group.com Mar 13 2020 01:00:08
                  Quantum3 Group LLC as agent for,   Comenity Capital Bank,   PO Box 788,
                  Kirkland, WA  98083-0788
518570846        E-mail/Text: appebnmailbox@sprint.com Mar 13 2020 01:00:13      Sprint,   PO Box 4191,
                  Carol Stream, IL 60197-4191
518570848        E-mail/Text: bankruptcy@td.com Mar 13 2020 01:00:24      TD Bank,   PO Box 84037,
                  Columbus, GA 31908-4037
                                                                                              TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518598179       A. Hovatter,    No address
518607724       A. Hovatter
518598194       Sage Givens,   no address
518601566*     +Albert Casalnova/Keller Williams Realty,   802 Tilton Road,   Suite 202,
                 Northfield, NJ 08225-1200
518570831*      Internal Revenue Service,   PO Box 931000,   Louisville, KY 40293-1000
518601575*      State of New Jersey,   NJ Division of Taxation,   Revenue Processing Center,   PO Box 643,
                 Trenton, NJ 08646-0643
                                                                                  TOTALS: 3, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2020                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1         User: admin              Page 3 of 3              Date Rcvd: Mar 12, 2020
                             Form ID: 195             Total Noticed: 66
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2020 at the address(es) listed below:

        Edmond M. George   on behalf of Plaintiff Edward J. Hovatter edmond.george@obermayer.com, angela.baglanzis@obermayer.com;michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;alicia.sandoval@obermayer.com;helen.belair@obermayer.com;turner.falk@obermayer.com;coleen.schmidt@obermayer.com

        Edmond M. George   on behalf of Plaintiff Kimberly Macaluso Hovatter edmond.george@obermayer.com, angela.baglanzis@obermayer.com;michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;alicia.sandoval@obermayer.com;helen.belair@obermayer.com;turner.falk@obermayer.com;coleen.schmidt@obermayer.com

        Edmond M. George   on behalf of Debtor Edward J. Hovatter edmond.george@obermayer.com, angela.baglanzis@obermayer.com;michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;alicia.sandoval@obermayer.com;helen.belair@obermayer.com;turner.falk@obermayer.com;coleen.schmidt@obermayer.com

        Edmond M. George   on behalf of Joint Debtor Kimberly  Macaluso Hovatter edmond.george@obermayer.com, angela.baglanzis@obermayer.com;michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;alicia.sandoval@obermayer.com;helen.belair@obermayer.com;turner.falk@obermayer.com;coleen.schmidt@obermayer.com

        Harry J. Giacometti   on behalf of Creditor Kenneth & Randi  Friedman harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com

        Holly Smith Miller   on behalf of Interested Party   Charles N. Persing as Receiver for Hovatter Friedman Saputelli & Levi , LLP hsmiller@gsbblaw.com

        Jeffrey  Kurtzman   on behalf of Creditor Gary  Levi kurtzman@kurtzmansteady.com

        Jeffrey M. Sponder   on behalf of U.S. Trustee   U.S. Trustee jeffrey.m.sponder@usdoj.gov, jeffrey.m.sponder@usdoj.gov

        Keith A. Bonchi   on behalf of Creditor   360 Capital, L.L.C. keith@gmslaw.com

        Mark A. Roney   on behalf of Creditor   NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee for Deephaven Residential Mortgage Trust mroney@hillwallack.com, fmansmann@hillwallack.com

        Rebecca K. McDowell   on behalf of Creditor    JERSEY SHORE FEDERAL CREDIT UNION rmcdowell@slgcollect.com

        Richard M. Berman   on behalf of Creditor   Republic First Bank rmb@stevenslee.com, pmmu@stevenslee.com

        Turner  Falk   on behalf of Joint Debtor Kimberly  Macaluso Hovatter turner.falk@obermayer.com, coleen.schmidt@obermayer.com

        Turner  Falk   on behalf of Debtor Edward J. Hovatter turner.falk@obermayer.com, coleen.schmidt@obermayer.com

        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 15