UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No. | 19-31483 |
|---|---|---|
| Edward J. Hovatter and Kimberly Macaluso Hovatter | Hearing Date: | 4/9/2020 |
| | Judge: | Altenburg |

**ORDER AND NOTICE ON DISCLOSURE STATEMENT**

The relief set forth on the following page is hereby **ORDERED**.

DATED: 3/12/2020

/s/ Andrew B. Altenburg Jr.
Judge, United States Bankruptcy Court

The Court having noted that a Plan and Disclosure Statement have been filed by _____Edmond George_____ as attorney(s) for the _____Debtor (s)_____ and for good cause shown, it is

ORDERED that pursuant to the provisions of Bankruptcy Rule 3017 (a), hearing on the adequacy of the Disclosure Statement shall be held before the Honorable _____Andrew B. Altenburg Jr._____ at the following time and place:

|  |  |
|---|---|
| DATE AND TIME: | April 9, 2020 at 10:00 am |
| COURTROOM: | Mitchell H. Cohen U.S. Courthouse |
| PLACE: | 400 Cooper Street 4th Floor |
|  | Camden, NJ 08101 |

ORDERED that notice of said hearing shall be sent by the Clerk of the Bankruptcy Court in accordance with the provisions of Bankruptcy Rule 3017 (a) at least 28 days prior to the hearing date. Written objections to the adequacy of the Disclosure Statement shall be filed with the Clerk of this Court and served upon counsel for the Debtor, Counsel for the Creditor's Committee and upon the United States Trustee no later than 14 days prior to the hearing before this Court, unless otherwise directed by the court; and it is further

ORDERED that copies of the Disclosure Statement and Plan, together with copies of this Notice and Order, shall be served by the proponent of the Disclosure Statement and Plan on the Debtor, United State Trustee, Counsel for the Creditor's Committee, and the Securities and Exchange Commission.  Such copies shall also be provided by the proponent to any party in interest, upon written request; and it is further

ORDERED that no creditor or other party in interest shall be heard in opposition to the adequacy of the Disclosure Statement without good cause, unless such party shall have served and filed such objection within the aforementioned time and effected service upon the parties named above.

*rev.12/1/09*

```
                        United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                          Case No. 19-31483-ABA
Edward J. Hovatter                                              Chapter 11
Kimberly Macaluso Hovatter
        Debtors

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin                 Page 1 of 2                  Date Rcvd: Mar 12, 2020
                              Form ID: pdf903             Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 14, 2020.
db/jdb         +Edward J. Hovatter,    Kimberly Macaluso Hovatter,    9 E. Aberdeen Road,
                 Ocean City, NJ 08226-4701
aty            +Edmond M. George,    Obermayer Rebmann Maxwell &Hippel LLP,    1120 Route 73,    Suite 420,
                 Mount Laurel, NJ 08054-5109

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 12, 2020 at the address(es) listed below:
              Edmond M. George    on behalf of Plaintiff Edward J. Hovatter edmond.george@obermayer.com,
               angela.baglanzis@obermayer.com;michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;alicia.
               sandoval@obermayer.com;helen.belair@obermayer.com;turner.falk@obermayer.com;coleen.schmidt@oberma
               yer.com
              Edmond M. George    on behalf of Plaintiff Kimberly Macaluso Hovatter edmond.george@obermayer.com,
               angela.baglanzis@obermayer.com;michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;alicia.
               sandoval@obermayer.com;helen.belair@obermayer.com;turner.falk@obermayer.com;coleen.schmidt@oberma
               yer.com
              Edmond M. George    on behalf of Debtor Edward J. Hovatter edmond.george@obermayer.com,
               angela.baglanzis@obermayer.com;michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;alicia.
               sandoval@obermayer.com;helen.belair@obermayer.com;turner.falk@obermayer.com;coleen.schmidt@oberma
               yer.com
              Edmond M. George    on behalf of Joint Debtor Kimberly  Macaluso Hovatter
               edmond.george@obermayer.com,
               angela.baglanzis@obermayer.com;michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;alicia.
               sandoval@obermayer.com;helen.belair@obermayer.com;turner.falk@obermayer.com;coleen.schmidt@oberma
               yer.com
              Harry J. Giacometti    on behalf of Creditor Kenneth & Randi  Friedman
               harry.giacometti@flastergreenberg.com,
               harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flasterg
               reenberg.com
              Holly Smith Miller    on behalf of Interested Party   Charles N. Persing as Receiver for Hovatter
               Friedman Saputelli & Levi , LLP hsmiller@gsbblaw.com
              Jeffrey  Kurtzman    on behalf of Creditor Gary  Levi kurtzman@kurtzmansteady.com
              Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
               jeffrey.m.sponder@usdoj.gov
              Keith A. Bonchi    on behalf of Creditor    360 Capital, L.L.C. keith@gmslaw.com
              Mark A. Roney    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing as
               servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as
               Owner Trustee for Deephaven Residential Mortgage Trust mroney@hillwallack.com,
               fmansmann@hillwallack.com
              Rebecca K. McDowell    on behalf of Creditor    JERSEY SHORE FEDERAL CREDIT UNION
               rmcdowell@slgcollect.com
              Richard M. Berman    on behalf of Creditor    Republic First Bank rmb@stevenslee.com,
               pmmu@stevenslee.com
              Turner  Falk    on behalf of Debtor Edward J. Hovatter turner.falk@obermayer.com,
               coleen.schmidt@obermayer.com

```
District/off: 0312-1          User: admin                 Page 2 of 2              Date Rcvd: Mar 12, 2020
                              Form ID: pdf903             Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Turner  Falk    on behalf of Joint Debtor Kimberly  Macaluso Hovatter turner.falk@obermayer.com, coleen.schmidt@obermayer.com
        U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                        TOTAL: 15