**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

*Caption in Compliance with D.N.J. LBR 9004-1(b)*
**Edmond M. George, Esquire**
**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**
**1120 Route 73, Suite 420**
**Mount Laurel, NJ 08054-5108**
**(856) 795-3300**
*Proposed counsel to the Debtors*

In re:

EDWARD J. HOVATTER and KIMBERLY MACALUSO HOVATTER,

　　　　　　　　Debtors.

Case No. 19-31483-ABA

Chapter 11

Judge: Andrew B. Altenburg

## SUPPLEMENTAL CERTIFICATION OF SERVICE

1. I, Edmond M. George:

   ☒ represent the Debtors in possession in this matter.

   ☐ am the secretary/paralegal for _____, who represents the _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On March 16, 2020, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   1. Notice of Motion
   2. Memorandum in Support of Motion for Relief from Stay
   3. Certification in Support of Motion with Exhibits
   4. Proposed Order

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: March 16, 2020　　　　　　　　/s/ *Edmond M. George*
　　　　　　　　　　　　　　　　　　Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Rudi Grueneberg, Esq.<br>Counsel to Andrew Sklar,<br>Chapter 7 Trustee of Hovatter<br>Friedman Saputelli & Levi LLP<br>2 Eves Drive, Suite 208<br>Marlton NJ 08053 | Chapter 7 Trustee of party in interest | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>Electronic Means Rule 5005-1 and email</u><br>(As authorized by the Court or by rule. Cite rule if applicable) |