| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| *Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>**Edmond M. George, Esquire**<br>**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**<br>**1120 Route 73, Suite 420**<br>**Mount Laurel, NJ 08054-5108**<br>**(856) 795-3300**<br>*Counsel to the Debtors* |
| In re:<br><br>EDWARD J. HOVATTER and KIMBERLY MACALUSO HOVATTER,<br><br>                                  Debtors. |

Order Filed on April 17, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 19-31483-ABA

Chapter 11

Judge: Andrew B. Altenburg

# ORDER AUTHORIZING RETENTION OF
# MICHAEL J. LANGE, JR. t/a LANGE APPRAISAL CONSULTANTS
# AS REAL ESTATE APPRAISER

The relief set forth on the following pages is hereby **ORDERED.**

**DATED: April 17, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

OMC\4846-3824-3001.v1-4/9/20            1

Upon the Applicants' request for authorization to retain <u>Michael J. Lange, Jr. t/a Lange Appraisal Consultants as real estate appraiser to the Debtors</u>, it is hereby ORDERED:

1. The Applicants are authorized to retain the above party in the professional capacity noted.

    Address of Professional:    1201 Sheridan Boulevard
    Brigantine, NJ 08203

2. Compensation will be paid based on a flat rate of $700.00 for a completed appraisal report, as approved by the Court upon application.

3. The effective date of the retention is the date the Application was filed with the Court.

OMC\4846-3824-3001.v1-4/9/20                2