| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>GOLDENBERG, MACKLER, SAYEGH,<br>MINTZ, PFEFFER, BONCHI & GILL<br>660 New Road, Suite 1-A<br>Northfield, NJ 08225<br>(609) 646-0222  FAX (609) 646-0887<br>Attorney for 360 Capital, LLC (63773-2) | |
| In Re:<br><br>EDWARD J. HOVATTER and<br>KIMBERLY MACALUSO HOVATTER<br><br>Debtor | Case No.: __19-31483__<br>Adv. No.: _____<br>Hearing Date: _____<br>Judge: __Andrew B. Altenburg__ |

## CERTIFICATION OF SERVICE

1. I, _____Janet A. Brown_____ :

    ☐ represent the _____ in the above-captioned matter.

    ☑ am the secretary/paralegal for __Keith A. Bonchi, Esq.__, who represents the ____creditor____ in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On ____April 23, 2020____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    Certification of John Costello as Limited Objection to Debtor's Motion to Sell Property Free and Clear of Liens, and Certificate of Service

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: __April 23, 2020__          /s/ Janet A. Brown
                                    Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Turner Falk, Esquire<br>Obermayer Rebmann Maxwell & Hippel<br>Center Square West<br>1500 Market Street, Suite 3400<br>Philadelphia, PA 19102 | Atty. for Debtor(s) | ❏ Hand-delivered<br>☑ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| Edmond M. George, Esquire<br>Obermayer Rebmann Maxwell & Hippel<br>1120 Route 73, Suite 420<br>Mount Laurel, New Jersey 08054-5108 | Atty for Debtor(s) | ❏ Hand-delivered<br>☑ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| Edmond M. George, Esquire<br>Obermayer Rebmann Maxwell & Hippel<br>Center Square West<br>1500 Market Street, Suite 3400<br>Philadelphia, PA 19102 | Atty for Debtor(s) | ❏ Hand-delivered<br>☑ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| Jeffrey M. Sponder, Esquire<br>Office of U.S. Trustee<br>One Newark Center, Suite 2100<br>Newark, New Jersey 07102 | U.S. Trustee | ❏ Hand-delivered<br>☑ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Edward J. Hovatter<br>9 E. Aberdeen Road<br>Ocean City, New Jersey 08226 | Debtor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Kimberly Macaluso Hovatter<br>9 E. Aberdeen Road<br>Ocean City, New Jersey 08226 | Joint Debtor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Holly Smith Miller, Esq.<br>Gellert Scali Busenkell & Brown, LLC<br>8 Penn Center, Suite<br>1628 John F. Kennedy Blvd.<br>Suite 1901<br>Philadelphia, PA 19103 | Atty for Charles N. Persi | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Melissa Licker, Esq.<br>McCalla Raymer Leibert Pierce, LLC<br>485F US Highway 1 S<br>Suite 300<br>Iselin, New Jersey 08830 | Atty for Fay Servicing, L | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Harry J. Giacometti, Esq.<br>Flaster/Greenberg, P.C.<br>1810 Chapel Avenue West<br>Cherry Hill, NJ 08002 | Atty for Kenneth & Rand | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Rebecca K. McDowell, Esq.<br>Saldutti Law Group<br>800 N. Kings Highway<br>Cherry Hill, New Jersey 08034 | Atty for Jersey Shore Fed | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Andrea Dobin, Esq.<br>McManimon Scotland & Baumann LLC<br>427 Riverview Plaza<br>Trenton, NJ 08611 | Atty. for Interested Party | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Jeffrey Kurtzman, Esq.<br>Kurtzman Steady, LLC<br>2 Kings Highway West, Suite 102<br>Haddonfield, New Jersey 08033 | Atty for Gary Levi | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*new.3/15/12*

| Mark A. Roney, Esq.<br>Hill Wallack, LLP<br>21 Roszel Road<br>Princeton, NJ 08543 | Atty. for New Rez, LLC | • Hand-delivered<br>X Regular mail<br>• Certified mail/RR<br>• E-mail<br>X Notice of Electronic Filing (NEF)<br>• Other_____<br>(as authorized by the court *) |
|---|---|---|
| Richard M. Berman, Esq.<br>Steven & Lee<br>1818 Market St., Suite 29th Fl.<br>Phila., PA 19103 | Atty. for Republic First Bank | • Hand-delivered<br>X Regular mail<br>• Certified mail/RR<br>• E-mail<br>X Notice of Electronic Filing (NEF)<br>• Other_____<br>(as authorized by the court *) |
| Ronald S. Gellert, Esq.<br>Gellert Scali Busenkell & Brown, LLC<br>913 N. Market St., 10th Floor<br>Wilmington, DE 19801 | Atty. for Citizens Bank, N.A. | • Hand-delivered<br>X Regular mail<br>• Certified mail/RR<br>• E-mail<br>X Notice of Electronic Filing (NEF)<br>• Other_____<br>(as authorized by the court *) |
| Andrew Sklar, Esq.<br>1200 Laurel Oak Road, Suite 102<br>Voorhees, NJ 08043 | Interested Party | • Hand-delivered<br>X Regular mail<br>• Certified mail/RR<br>• E-mail<br>X Notice of Electronic Filing (NEF)<br>• Other_____<br>(as authorized by the court *) |
| Rudi Grueneberg, Esq.<br>Grueneberg Law Group<br>Executive Court<br>2 Eves Drive, Suite 208<br>Marlton, NJ 08053 | Atty. for Andrew Sklar | • Hand-delivered<br>X Regular mail<br>• Certified mail/RR<br>• E-mail<br>X Notice of Electronic Filing (NEF)<br>• Other_____<br>(as authorized by the court *) |

| Keller Williams Realty<br>Atlantic Shore<br>802 Tilton Road<br>Northfield, NJ 08225 | Realtor | · Hand-delivered<br>X Regular mail<br>· Certified mail/RR<br>· E-mail<br>· Notice of Electronic Filing (NEF)<br>· Other_____<br>(as authorized by the court *) |
|---|---|---|