MCMANIMON, SCOTLAND & BAUMANN, LLC
427 Riverview Plaza
Trenton, NJ 08611
(973) 323-8667
Andrea Dobin
*Attorneys for Bederson, LLP and Charles N. Persing*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>HOVATTER, Edward J. and Kimberly Macaluso,<br><br>Debtors. | Case No. 19-31483(ABA)<br><br>Chapter 7<br><br>Honorable Andrew B. Altenburg, U.S.B.J. |

**WITHDRAWAL OF PROOF OF CLAIM NO. 9 FILED BY**
**CHARLES N. PERSING, RECEIVER**

Charles N. Persing, Receiver, by and through his undersigned counsel, withdraws his Proof of Claim No. 9.

MCMANIMON SCOTLAND & BAUMANN, LLC, COUNSEL TO BEDERSON, LLCP AND CHARLES N. PERSING

Dated: July _14_, 2020

By:  /s/ Andrea Dobin
    ANDREA DOBIN