| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| *Caption in Compliance with D.N.J. LBR 9004-1(b)* <br> **Edmond M. George, Esquire** <br> **Turner N. Falk, Esquire** <br> **OBERMAYER REBMANN MAXWELL & HIPPEL LLP** <br> **1120 Route 73, Suite 420** <br> **Mount Laurel, NJ 08054-5108** <br> **(856) 795-3300** <br> *Counsel to the Debtors* |
| In re: <br><br> EDWARD J. HOVATTER and KIMBERLY MACALUSO HOVATTER, <br><br> Debtors. |

Case No. 19-31483-ABA

Chapter 11

Hearing Date: July 23, 2020

Judge: Andrew B. Altenburg

## CERTIFICATION OF BALLOTING

|  | Impaired Yes/No | Number of Ballots Cast | Number of Ballots Accepting | Number of Ballots Rejecting | Percentage of Ballots Accepting | Dollar Amount of Ballots Accepting | Dollar Amount of Ballots Rejecting | Percentage of Dollar Amount Accepting | Accept Yes/No |
|---|---|---|---|---|---|---|---|---|---|
| **CLASS I** | Y | 1 | 1 | 0 | 100 | 56,000.00 | $0.00 | 100 | Y |
| **CLASS II**[1] | Y | 0 | 0 | 0 | 0 | 0.00 | 0.00 | 0 | |
| **CLASS III** | Y | 1 | 1 | 0 | 100 | 1,897,645.09 | 0.00 | 100 | Y |

---

[1] Classes I, II and VI were paid in full preconfirmation from the proceeds of the sale of the Hammonton Property

4829-7258-1827

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CLASS IV | Y | 0 | 0 | 0 | 0 | 0.00 | 0.00 | 0 | |
| CLASS V | Y | 1 | 1 | 0 | 100 | 14,811.72 | 0.00 | 100 | Y |
| CLASS VI | Y | 0 | 0 | 0 | 0 | 0 | 0.00 | 0 | |
| CLASS VIIA | Y | 2 | 2 | 0 | 100 | 19,186.80 | 0.00 | 100 | Y |
| CLASS VIIB | Y | 0 | 0 | 0 | 0 | 0 | 0.00 | 0 | |
| CLASS VIIC | Y | 1 | 0 | 0 | 100 | 259,360.00 | 0.00 | 100 | Y |
| CLASS VIID | n/a[2] | 0 | 0 | 0 | 0 | 0 | 0.00 | 0 | |
| INTERESTS | Y | 1 | 1 | 0 | 100 | n/a | n/a | 100 | Y |

If any ballots have not been included in this tally, provide an explanation:

I, Edmond M. George, Esq., the attorney for the Debtors, plan proponents in this case, certify under penalty of perjury that the above is true.

Respectfully Submitted,

Dated: July 20, 2020          By:   /s/ Edmond M. George
                                    Edmond M. George, Esquire
                                    Turner N. Falk, Esquire
                                    OBERMAYER REBMANN MAXWELL & HIPPEL LLP

---

[2]   All claims in Class VIID have been withdrawn without casting a ballot.