## Bruce Compton

| | |
|---|---|
| **From:** | Schmidt, Coleen <Coleen.Schmidt@obermayer.com> |
| **Sent:** | Tuesday, July 21, 2020 12:41 PM |
| **To:** | Bruce Compton; 'skudatzky@comcast.net'; 'rmb@stevenslee.com'; 'pmmu@stevenslee.com'; keith_gmslaw.com; 'adobin@msbnj.com'; 'rgellert@gsbblaw.com'; 'abrown@gsbblaw.com'; 'harry.giacometti@flastergreenberg.com'; 'harry.giacometti@ecf.inforuptcy.com'; 'jackie.parsio@flastergreenberg.com'; 'jennifer.vagnozzi@flastergreenberg.com'; 'rgrueneberg@rglawgroup.com'; 'rwaldin@rglawgroup.com'; eholdren_hillwallack.com; 'jhanley@hillwallack.com'; 'hwbknj@hillwallack.com'; kurtzman_kurtzmansteady.com; 'rmcdowell@slgcollect.com'; 'hsmiller@gsbblaw.com'; 'mroney@hillwallack.com'; 'fmansmann@hillwallack.com'; andy_sklarlaw.com; 'NJ43@ecfcbis.com'; 'sklar@premierremote.com'; 'ecf.alert+Sklar@titlexi.com'; jeffrey.m.sponder_usdoj.gov; 'USTPRegion03.NE.ECF@usdoj.gov' |
| **Cc:** | edmond.george_obermayer.com; Falk, Turner; Vagnoni, Michael |
| **Subject:** | Edward J. Hovatter and Kimberly Macaluso Hovatter, Case No. 19-31483-ABA |

All,

Please be advised that the confirmation hearing in the matter of Edward J. and Kimberly Macaluso Hovatter that was scheduled to take place on July 23rd has been adjourned to 10:00 a.m. on Thursday, July 30th.  Additionally, confirmation will not occur on that date; instead it will be a status conference to discuss the witnesses and testimony required for confirmation.

Thank you,
Coleen



**Coleen Schmidt**
Paralegal

**Obermayer Rebmann Maxwell & Hippel LLP**
Centre Square West
1500 Market Street | Suite 3400
Philadelphia, PA 19102-2101
215.665.3292 tel | 215.665.3165 fax
coleen.schmidt@obermayer.com | www.obermayer.com

