| |
|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> SALDUTTI LAW GROUP <br> Rebecca K. McDowell, Esquire <br> 800 Kings Highway North, Suite 300 <br> Cherry Hill, NJ 08034 <br> (856) 779-0300 |

| | |
|---|---|
| In Re: <br><br> EDWARD J. HOVATTER and <br><br> KIMBERLY MACALUSO HOVATTER, <br> Debtors. | Case No.: 19-31483-ABA <br><br> Chapter: 11 <br><br> Hrg Date: <br><br> Judge: Hon. Andrew B. Altenburg, Jr. |

**NOTICE OF WITHDRAWAL OF CLAIM**

TO THE CLERK:

Kindly withdraw Claim #2 filed by Jersey Shore Federal Credit Union, as Debtors have surrendered the vehicle in full satisfaction.

                                                Respectfully submitted, <br>
                                                SALDUTTI LAW GROUP

                                                */s/ Rebecca K. McDowell* <br>
                                                REBECCA K. MCDOWELL, ESQ.

Dated: September 9, 2020