| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | REQUEST FOR PAYMENT OF<br>ADMINISTRATIVE EXPENSE |
|---|---|---|

| In re:<br>Edward J. Hovatter and Kimberly Macaluso Hovatter | Chapter 11<br><br>Case Number:  19-31483-ABA | |
|---|---|---|

NOTE: This form should not be used for an unsecured claim arising prior to the commencement of the case. In such instances, a proof of claim should be filed.

| Name of Creditor: Lange Appraisal Consultants<br>(The person or other entity to whom the debtor owed money or property.)<br><br>Name and Addresses Where Notices Should Be Sent:<br>Lange Appraisal Consultants<br>c/o Michael Lange, Jr.<br>1201 Sheridan Bouevard<br>Brigantine, NJ 08203 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|---|

| ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: n/a | Check here if this request:<br>☐ replaces a previously filed request, dated:<br>☐ amends a previously filed request, dated: |
|---|---|

| 1.  BASIS FOR CLAIM<br><br>☐        Goods Sold<br>☐        Services performed<br>☐        Money loaned<br>☐        Personal injury/wrongful death<br>☐        Taxes<br>☒        Other (Describe briefly)<br>Real estate appraisal of E. Aberdeen Road | ☐ Retiree benefits as defined in 11 U.S.C. §1114(a)<br>☐ Wages, salaries and compensations (Fill out below)<br><br>Provide last four digits of your social security number _____ |
|---|---|

| 2.  DATE DEBT WAS INCURRED: April 10, 2020 | |
|---|---|

3.     TOTAL AMOUNT OF REQUEST AS OF ABOVE DATE: $700.00_____

☐ Check this box if the request includes interest or other charges in addition to the principal amount of the request.  Attach itemized statement of all interest or additional charges.

| 4.     Secured Claim<br>☐ Check this box if your claim is secured by collateral (including a right of setoff).<br>     Brief Description of Collateral:<br><br>☐ Real Estate                    ☐ Motor Vehicle<br>☐ Other (Describe briefly)  _____<br><br>     Value of Collateral:  $_____<br><br>☒ Check this box if there is no collateral or lien securing your claim. | |
|---|---|

| 5. **Credits**:  The amount of all payments have been credited and deducted for the purposes of making this request for payment of administrative expenses.<br><br>6. **Supporting Documents**: *Attach copies of supporting documents*, such as purchase orders, invoices, itemized statements of running accounts, contracts as well as any evidence of perfection of a lien.<br><br>     DO NOT SEND ORIGINAL DOCUMENTS.  If the documents are not available, explain.<br>  If  the documents are voluminous, attach a summary.<br><br>7. **Date-Stamped Copy**:  To receive an acknowledgment of the filing of your request, enclose a self-addressed envelope and copy of this request. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

| **Date:**<br><br>10/6/2020 | **Sign and print below the name and title, if any, of the creditor or other person authorized to file this request (attach copy of power of attorney, if any).**<br><br> Turner N. Falk, Esq._____ /s/ Turner N. Falk<br>_____ | |
|---|---|---|

*Penalty for presenting fraudulent claim:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

NOTE:  The filing of this request will not result in the scheduling of a hearing to consider payment of your administrative claim but will result in the registry of your administrative claim with the Bankruptcy Court. If you wish to have a hearing scheduled on your claim, you must file a motion in accordance with D.N.J. LBR 3001-1(b).                                                    *rev.8/1/15*