| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | | **REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE** |
|---|---|---|

| In re: Edward J. Hovatter and Kimberly Macaluso Hovatter | Chapter 11 Case Number: 19-31483-ABA |
|---|---|

NOTE: This form should not be used for an unsecured claim arising prior to the commencement of the case. In such instances, a proof of claim should be filed.

Name of Creditor: Cedar Design, LLC
(The person or other entity to whom the debtor owed money or property.)

Name and Addresses Where Notices Should Be Sent:

Cedar Design, LLC
3 South Grove Street
Sicklerville, NJ 08081

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: n/a

Check here if this request:
☐ replaces a previously filed request, dated:
☐ amends a previously filed request, dated:

1. BASIS FOR CLAIM

   ☐ Goods Sold
   ☐ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☒ Other (Describe briefly)
   Basement repairs at 414 14th Street as condition of sale agreement

   ☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
   ☐ Wages, salaries and compensations (Fill out below)

   Provide last four digits of your social security number _____

2. DATE DEBT WAS INCURRED: March 10, 2020

3. TOTAL AMOUNT OF REQUEST AS OF ABOVE DATE: $14,991.24_____

☐ Check this box if the request includes interest or other charges in addition to the principal amount of the request. Attach itemized statement of all interest or additional charges.

4. Secured Claim
☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:

   ☐ Real Estate    ☐ Motor Vehicle
   ☐ Other (Describe briefly) _____

   Value of Collateral: $_____

☒ Check this box if there is no collateral or lien securing your claim.

5. **Credits**: The amount of all payments have been credited and deducted for the purposes of making this request for payment of administrative expenses.

6. **Supporting Documents**: *Attach copies of supporting documents*, such as purchase orders, invoices, itemized statements of running accounts, contracts as well as any evidence of perfection of a lien.

   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain.
   If the documents are voluminous, attach a summary.

7. **Date-Stamped Copy**: To receive an acknowledgment of the filing of your request, enclose a self-addressed envelope and copy of this request.

THIS SPACE IS FOR COURT USE ONLY

| Date: 10/6/2020 | **Sign and print below the name and title, if any, of the creditor or other person authorized to file this request (attach copy of power of attorney, if any).** Turner N. Falk, Esq.            /s/ Turner N. Falk |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

NOTE: The filing of this request will not result in the scheduling of a hearing to consider payment of your administrative claim but will result in the registry of your administrative claim with the Bankruptcy Court. If you wish to have a hearing scheduled on your claim, you must file a motion in accordance with D.N.J. LBR 3001-1(b).       *rev.8/1/15*

# Cedar Design, LLC.


INVOICE

3 South Grove Street  
Sicklerville, NJ 08081  
Phone 609.922.1530   Fax 609.704.8866

**DATE:** March 10, 2020  
**INVOICE #** 100  
**FOR:** *Basement*

**Bill To:**

Ed's in-law's basement

414 14th street  
Hammonton

| DESCRIPTION | AMOUNT |
|---|---:|
| Tile material, wet bed, labor | $ 2,650.00 |
| Paint and trim basement labor 8 days | 2,400.00 |
| Universal trim package | 2,480.24 |
| set toilet, hook up shower, install shower head and diverter & install beauty ring | 725.00 |
| purchase duct work, exhaust fan light combo for bath | 295.00 |
| install combo fan light, vent duct work | 475.00 |
| plumbing pit, | 650.00 |
| final electric | |
| istall 28 devices-switches/receptcls, and 4 keyless lights in mechanic rooms | |
| install ceiling lights in grid, recessed light fixtures in bath | |
| install 4 gfi's | 3,150.00 |
| Add 3 smoke/ carbon detectors, connect to existing | |
| P & O @ 14%   2166.00 | 2,166.00 |
| **TOTAL** | **$ 14,991.24** |

Make all checks payable to **Cedar Design, LLC**  
If you have any questions concerning this invoice, contact Ken Nelson

**THANK YOU FOR YOUR BUSINESS!**