| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| *Caption in Compliance with D.N.J. LBR 9004-1(b)* <br> **Edmond M. George, Esquire** <br> **OBERMAYER REBMANN MAXWELL & HIPPEL LLP** <br> **1120 Route 73, Suite 420** <br> **Mount Laurel, NJ 08054-5108** <br> **(856) 795-3300** <br> *Counsel to the Debtors* |

| | |
|---|---|
| In re: <br><br> EDWARD J. HOVATTER and KIMBERLY MACALUSO HOVATTER, <br><br> Debtors. | Case No. 19-31483-ABA <br><br> Chapter 11 <br><br> Judge: Andrew B. Altenburg |

## CERTIFICATION OF ALBERT CASALNOVA IN SUPPORT OF APPLICATION FOR PROFESSIONAL FEES

I, Albert Casalnova, being of full age, hereby submit this certification in support of the application for professional fees of Keller Williams Realty (the "Application") (DI #127), and state as follows:

1. On November 14, 2019 Edward J. Hovatter and Kimberly Macaluso Hovatter (collectively the "Debtors") filed a voluntary petition for relief under Chapter 11 of Title 11, United States Code (the "Bankruptcy Code" or the "Code") with this Court.

2. I am a real estate broker with Keller Williams Realty ("KW")

3. On December 6, 2019, this court issued an order (DI #24) approving an application to employ KW as the Debtors' real estate broker to sell their real property at 414 14th Street, Hammonton NJ (the "Property").

4. The approved terms of KW's compensation are 5% of the sale price, to be split between buyer and seller brokers.

5. In my role with KW, I marketed and sold the Property for $335,000.00.

6. That sale price would have entitled KW to $16,750.00 in compensation, but KW agreed to reduce the commission to $16,000.00 to accommodate a seller's credit and facilitate the sale.

7. On April 28, 2020, this court entered an order authorizing the sale of the Property, holding the commission payment in escrow pending the instant Application. (DI #85).

8. The compensation sought by the instant Application is reasonable, consistent with KW's court-approved employment, and based upon services which provided value to the estate by selling Debtors' Property to pay certain secured creditors in full with some surplus for the estate.

9. I therefore request the application of Keller Williams Realty for compensation be granted.

I certify under penalty of perjury that the above information is true.

Date: 29 October 2020

DocuSigned by:
*Albert Casalnova*
7AA58A9A0174439...

Albert Casalnova