| |
|---|
| **UNITED STATES BANKRUPTCY COURT** |
| **DISTRICT OF NEW JERSEY** |
| *Caption in Compliance with D.N.J. LBR 9004-1(b)* |
| **Edmond M. George, Esquire** |
| **OBERMAYER REBMANN MAXWELL & HIPPEL LLP** |
| **1120 Route 73, Suite 420** |
| **Mount Laurel, NJ 08054-5108** |
| **(856) 795-3300** |
| *Proposed counsel to the Debtors* |

| | |
|---|---|
| In re: | Case No. 19-31483-ABA |
| EDWARD J. HOVATTER and KIMBERLY MACALUSO HOVATTER, | Chapter 11 |
| | Judge: Andrew B. Altenburg |
| Debtors. | |

## CERTIFICATION OF SERVICE

1. I, Edmond M. George:

   ☒ represent the <u>Debtors in possession</u> in this matter.

   ☐ am the secretary/paralegal for _____, who represents the _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On <u>October 29, 2020</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    1. Certification of Albert Casalnova in Support of Application

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

   Dated: <u>October 29, 2020</u>         */s/ Edmond M. George*
                     Signature

4810-9102-9456

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| United States Trustee<br>Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102-5235<br>USTPRegion03.NE.ECF@usdoj.gov | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Electronic Means Rule 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Edward J. Hovatter and Kimberly Macaluso Hovatter<br>9 E. Aberdeen Road<br>Ocean City NJ 08226 | Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Electronic Means Rule 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| All Parties Receiving Notices by CM/ECF | Notice Parties | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Electronic Means Rule 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |

4810-9102-9456

2