| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| *Caption in Compliance with D.N.J. LBR 9004-1(b)* <br> **Edmond M. George, Esquire** <br> **OBERMAYER REBMANN MAXWELL & HIPPEL LLP** <br> **1120 Route 73, Suite 420** <br> **Mount Laurel, NJ 08054-5108** <br> **(856) 795-3300** <br> *Counsel to the Debtors* |

| | |
|---|---|
| In re: <br><br> EDWARD J. HOVATTER and KIMBERLY MACALUSO HOVATTER, <br><br> Debtors. | Case No. 19-31483-ABA <br><br> Chapter 11 <br><br> Judge: Andrew B. Altenburg |

# CERTIFICATION OF MICHAEL LANGE IN SUPPORT OF APPLICATION FOR PROFESSIONAL FEES

I, Michael Lange, being of full age, hereby submit this certification in support of the application for professional fees of Lange Appraisal Consultants (the "Application") (DI #126), and state as follows:

1. On November 14, 2019 Edward J. Hovatter and Kimberly Macaluso Hovatter (collectively the "Debtors") filed a voluntary petition for relief under Chapter 11 of Title 11, United States Code (the "Bankruptcy Code" or the "Code") with this Court.

2. I am a real estate appraiser trading as Lange Appraisal Consultants ("LAC").

3. On April 17, 2020, this court issued an order (DI #73) approving an application to employ LAC as the Debtors' real estate appraiser to appraise the real property at 9 E. Aberdeen Road, Ocean City NJ 08226 (the "Property").

4. The approved terms of LAC's compensation were a flat fee of $700.00.

5. After the court approved LAC's employment, I performed an appraisal of the Property and issued an appraisal report on behalf of LAC.

6.  The compensation sought by the instant application is reasonable and consistent with LAC's court-approved employment.

7.  I therefore request the application of Lange Appraisal Consultants for compensation be granted.

I certify under penalty of perjury that the above information is true.

Date: 30 October 2020

DocuSigned by:

*Michael Lange Jr*

9C2FA77F94E5401...

Michael Lange