**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
*Caption in Compliance with D.N.J. LBR 9004-1(b)*
**Edmond M. George, Esquire**
**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**
**1120 Route 73, Suite 420**
**Mount Laurel, NJ 08054-5108**
**(856) 795-3300**
*Counsel to the Debtors*

**Order Filed on November 10, 2020**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In re:

EDWARD J. HOVATTER and KIMBERLY MACALUSO HOVATTER,

              Debtors.

Case No. 19-31483-ABA

Chapter 11

Judge: Andrew B. Altenburg

# ORDER AUTHORIZING PAYMENT OF PROFESSIONAL COMPENSATION TO MICHAEL J. LANGE, JR.

The relief set forth on the following page two (2) is hereby **ORDERED.**

**DATED: November 10, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

OMC\4818-4930-0176.v1-11/2/20

**(PAGE 2)**
Debtor: Edward J. Hovatter and Kimberly Macaluso Hovatter
Case No.: 19-31483-ABA
Caption of Order: **ORDER AUTHORIZING PAYMENT OF PROFESSIONAL COMPENSATION TO MICHAEL J. LANGE, JR.**

AND NOW upon consideration of the Application of Michael J. Lange, Jr. ("Lange") for Compensation and Reimbursement of Expenses Under D.N.J. LBR 2016-1(c) (the "Application"); and any response filed thereto; the Court finds that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court finds that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (B), and (O); and the Court finds that cause exists to grant the relief requested in the Application; it is hereby

ORDERED that the relief requested in the Application is GRANTED; and it is further

ORDERED that Lange is hereby allowed professional compensation in the amount of $700.00.